UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER PADILLA,<br><br>                            Plaintiff,<br><br>        v.<br><br>CITY OF NEW YORK, Police Officer JONATHAN S. BOURNE, Shield No. 18854; Sergeant GEORGE TAYLOR; Police Officer DERRICK SUMMERS; Police Officer THURMAN RANSOM; Police Officer MELISSA PASCUAL; JOHN and JANE DOE 1-10,<br><br>                            Defendants. | STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>19 CV 3703 (DLI) (RER) |

It is hereby stipulated by and between the parties having appeared in this action:

1.      Plaintiff's deliberate indifference and *Monell* claims, brought pursuant to 42 U.S.C. § 1983, are hereby withdrawn without prejudice and without costs or disbursements to any party.

2.      Defendants consent to plaintiff filing a Second Amended Complaint reflecting the withdrawal of claims as described in ¶ 1.

| | |
|---|---|
| **JAMES E. JOHNSON**<br>**CORPORATION COUNSEL**<br><br>*Omar Siddiqi*<br>Omar Siddiqi<br>100 Church Street<br>New York, New York 10007<br>(212) 356-2345<br>*Attorney for defendants* | **ELEFTERAKIS, ELEFTERAKIS & PANEK**<br><br>*Baree N. Fett*<br>Baree N. Fett<br>80 Pine Street, 38th Floor<br>New York, New York 10005<br>(212) 532-1116<br>*Attorneys for plaintiff* |